Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Belden Inc _____ v. Berk-Tek LLC _____

No. 14-1677

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✔] As counsel for:   Berk-Tek LLC
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✔] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Joseph Sofer, Esq.
- Law firm: Sofer & Haroun, LLP
- Address: 317 Madison Ave, Suite 910
- City, State and ZIP: New York, NY 10017
- Telephone: 212-697-2800
- Fax #: 212-697-3004
- E-mail address: joesofer@soferharoun.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 10, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____Aug. 18, 2014_____       _____/s/ Joseph Sofer_____
         Date                    Signature of pro se or counsel

cc: _____

123